[827 NYS2d 925]

John Moody, Respondent, v Svetlana Sorokina, Appellant. (Appeal No. 2.)

Fourth Department, February 2, 2007

## APPEARANCES OF COUNSEL

*Svetlana Sorokina*, appellant pro se.

*Scolaro, Shulman, Cohen, Fetter & Burstein, P.C.*, Syracuse (*Shari R. Cohen* of counsel), for respondent.

*Eugene J. Langone, Jr., Law Guardian*, Watertown, for N.M.

## OPINION OF THE COURT

PINE, J.

Same opinion by PINE, J., as in *Moody v Sorokina* (40 AD3d 14 [2007]).

SCUDDER, P.J., MARTOCHE and CENTRA, JJ., concur.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.